UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEST ANCHORS, LLC d/b/a Zest DentalSolutions and ZEST IP HOLDINGS, LLC,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GERYON VENTURES, LLC d/b/a DESS-USA and TERRATS MEDICAL SOCIEDAD LIMITADA,<br><br>　　　　　　　　　　Defendants,<br><br>BIOMET 3I, LLC d/b/a ZimVie,<br><br>　　　　　　　　　　Intervenor-Defendant. | Case No.:  22-CV-230 TWR (NLS)<br><br>**ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR CIVIL CONTEMPT AND DEFENDANTS' REQUEST FOR BOND**<br><br>(ECF Nos. 61, 84, 89, 92) |

　　　Presently before the Court are Plaintiffs Zest Anchors, LLC d/b/a Zest DentalSolutions and Zest IP Holdings, LLC's Motion for Civil Contempt (ECF No. 61) and Defendants Geryon Ventures, LLC d/b/a DESS-USA and Terrats Medical Sociedad Limitada's Supplemental Brief Requesting Bond filed by Defendants (ECF No. 89), both set for oral argument on November 17, 2022, (*see* ECF No. 84), as well as Plaintiffs' Motion to Strike and Dismiss ZimVie Inc.'s Counterclaims (ECF No. 92), which is noticed for a hearing on December 15, 2022.  In the interests of efficiency, the Court **CONTINUES**

1 the hearing on Plaintiffs' Motion for Civil Contempt and Defendants' Request for Bond to
2 December 15, 2022, at 10:00 a.m. in Courtroom 3A. The briefing schedule that was set
3 for those matters on September 28, 2022 shall remain unchanged. (*See* ECF No. 84.)
4 **IT IS SO ORDERED.**
5 Dated: October 20, 2022

_____
Honorable Todd W. Robinson
United States District Judge