UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEST ANCHORS, LLC d/b/a Zest DentalSolutions and ZEST IP HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GERYON VENTURES, LLC d/b/a DESS-USA and TERRATS MEDICAL SOCIEDAD LIMITADA,<br><br>Defendants,<br><br>BIOMET 3I, LLC d/b/a ZimVie,<br><br>Intervenor-Defendant. | Case No.: 22-CV-230 TWR (NLS)<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE EXHIBIT A IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE AND DISMISS ZIMVIE INC.'S COUNTERCLAIMS AND REFERENCES THERETO UNDER SEAL**<br><br>(ECF Nos. 93, 94) |

Presently before the Court is Plaintiffs Zest Anchors, LLC d/b/a Zest DentalSolutions and Zest IP Holdings, LLC's Unopposed Motion to File Exhibit A in Support of Plaintiffs' Motion to Strike and Dismiss ZimVie Inc.'s Counterclaims ("Mot. to Strike") and References Thereto Under Seal ("Mot. to Seal," ECF No. 93), in which Plaintiffs seek to file under seal the Distribution Agreement between Plaintiffs and Intervenor-Defendant Biomet 3i, LLC d/b/a ZimVie dated September 2, 2016, as well as references to the Distribution Agreement in their Motion to Strike. (*See generally* Mot. to

Seal; ECF No. 93-1 ("Seal Mem.").)  Although the Distribution Agreement expired on September 2, 2021, (see Seal Mem. at 2–3), Plaintiffs contend that compelling reasons exist to file the Distribution Agreement and references to it under seal because the terms are "highly sensitive," (see id. at 3), and public disclosure of them would allow other distributors to gain a commercial advantage in future negotiations, (see id. (quoting *Pecover v. Elec. Arts, Inc.*, No. C 08-2820 CW, 2013 WL 174063, at *1 (N.D. Cal. Jan. 16, 2013)), and competitors could undercut Zest on the market.  (See id. at 4 (quoting *Nicolosi Distrib. v. Finishmaster, Inc.*, No. 18-cv-03587-BLF, 2018 WL 10758114, at *2 (N.D. Cal. Aug. 28, 2018)).

Having reviewed the Distribution Agreement and proposed redactions to Plaintiffs' memorandum in support of its Motion to Strike, the Court concludes that Plaintiffs have met their burden of demonstrating compelling reasons to file them under seal.  The Court therefore **GRANTS** Plaintiffs' Motion to Seal (ECF No. 93).  Accordingly, the Clerk of the Court **SHALL FILE UNDER SEAL** Plaintiffs' Exhibit A and unredacted memorandum of points and authorities in support of their Motion to Strike, both previously lodged under seal at ECF No. 94.

**IT IS SO ORDERED.**

Dated:  October 20, 2022

_____
Honorable Todd W. Robinson
United States District Judge