UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZEST ANCHORS, LLC d/b/a Zest DentalSolutions and ZEST IP HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GERYON VENTURES, LLC d/b/a DESS-USA and TERRATS MEDICAL SOCIEDAD LIMITADA,<br><br>Defendants,<br><br>BIOMET 3I, LLC d/b/a ZimVie,<br><br>Intervenor-Defendant. | Case No.:  22-CV-230 TWR (NLS)<br><br>**ORDER (1) FINDING DEFENDANTS TO BE IN COMPLIANCE WITH PRELIMINARY INJUNCTION, AND (2) DIRECTING PAYMENT OF SANCTION**<br><br>(ECF Nos. 134, 136) |

Presently before the Court is the Declaration of Roger Terrats re: Compliance with Preliminary Injunction and Subsequent Orders ("2d Comp. Aff.," ECF No. 136), filed by Defendants and Counterclaimants Geryon Ventures, LLC, doing business as DESS-USA ("Geryon"), and Terrats Medical Sociedad Limitada ("Terrats") (together, "DESS") in response to the Court's February 7, 2023 Order (1) Striking Defendants' Compliance Affidavit, (2) Imposing Per Diem Fine Per Contempt Order, and (3) Denying as Moot Intervenor's Motion to Clarify.  (*See* ECF No. 134 (the "Feb. 7, 2023 Order").)  In his

1

Second Compliance Affidavit, Terrats's CEO affirms that Terrats will sell to Intervenor-Defendant and Counterclaimant Biomet 3i, LLC dba ZimVie ("ZimVie")—Terrat's only distributor of DESSLoc® products in the United States—"solely 'the unmodified DESSLoc® abutment.'" (*See* 2d Comp. Aff. ¶ 5.)

Based on the Second Compliance Affidavit, the Court **FINDS** that Defendants are in compliance with the Court's July 18, 2022 Order Granting in Part and Denying in Part Plaintiffs' Motion for Preliminary Injunction (the "Preliminary Injunction," ECF Nos. 49 (public) & 50 (sealed)) as of February 17, 2023. In its February 7, 2023 Order, the Court imposed a $1,000 per diem fine beginning December 2, 2022, until Defendants "file[d] a further compliance affidavit." (*See* Feb. 2, 2023 Order at 8.) The Court therefore calculates Defendants' total fine to be **$77,000**. Pursuant to Civil Local Rule 83.1, Defendants **SHALL PAY** the $77,000 fine to the Miscellaneous Fines, Penalties and Forfeitures, Not Otherwise Classified, fund of the United States Treasury within thirty (30) days of the date on which this Order is electronically docketed. *See, e.g.*, *Gen. Signal Corp. v. Donallco, Inc.*, 787 F.2d 1376, 1380 (9th Cir. 1986) ("If the fine, or any portion of the fine, is coercive, it should be payable to the court."). Defendants **SHALL SUBMIT** a copy of this Order along with their payment and **SHALL FILE** a notice with the Court that the sanction has been paid.

**IT IS SO ORDERED.**

Dated: February 21, 2023

_____
Honorable Todd W. Robinson
United States District Judge